UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>Plaintiffs,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' COMPLAINT OR IN THE ALTERNATIVE, DISMISS |

The Court issues this Order to Show Cause <u>sua sponte</u> after reviewing Defendant's Motion to Strike Plaintiffs' Complaint. (Dkt. No. 8.) The Court ORDERS Plaintiffs to show cause why Barbara Patrinicola should not be dismissed without prejudice from this case for her failure to sign the complaint and other filings.

Plaintiffs, Tony and Barbara Patrinicola, initially filed their pro se complaint in Washington State Court. (Dkt. No. 1-2.) Defendant removed the action to federal court, where it is now before this Court. (Dkt. No. 1.) Defendant now moves the Court to Strike or Dismiss the Patrinicola's Complaint because it is not signed by both the Patrinicola's, but rather, just by Mr.

Patrinicola. Typically, when a case is filed in federal court case administrators review the complaint for any filing deficiencies. But because the case was removed from State Court, that process did not occur. The Court is unwilling to dismiss a pro se complaint for a filing deficiency.

In all United States courts, a person may bring a lawsuit with the assistance of counsel or by representing themselves. 28 U.S.C. § 1654. The person bringing the case is what is called a plaintiff. An individual representing themselves before a court is called a pro se plaintiff. A pro se plaintiff can only represent themselves, they cannot represent anyone else. Simon v. Hartford Life, Inc., 546 F.3d 661, 663 (9th Cir. 2008). During a lawsuit, the lawyer or pro se plaintiff must adhere to the Federal Rules of Civil Procedure, as well as the local rules for the Court the case is before. Federal Rule of Civil Procedure 11 states that if there is more than one plaintiff bringing the case without an attorney, each plaintiff's name, address, and telephone number must be included on the first page of each filing and each plaintiff must sign each document filed. Fed. R. Civ. P. 11.

Here, the issue is that Mr. Patrinicola appears to have written the Complaint on behalf of himself and his wife. While it is fine for Mr. Patrinicola to represent himself pro se, he cannot represent his wife. Should both of the Patrinicola's like to move forward with the case, Mrs. Patrinicola needs to individually sign the Complaint and all other documents submitted to the Court. It is equally acceptable if Mr. Patrinicola would like to proceed as the only plaintiff.

The Patrinicola's may dispose of this Order to Show Cause by filing a praecipe (a document) asking the Court to consider the corrected complaint. See Local Rule 7(m). The Patrinicola's should attach the correctly signed complaint to the praecipe. Failing to do this

within thirty (30) days of this Order will result in Barbara Patrinicola's dismissal from the case without prejudice.

The Court would also like to direct the Patrinicola's to the Western District of Washington's Pro Se website: https://www.wawd.uscourts.gov/representing-yourself-pro-se. This site provides helpful guidance and information for individuals wishing to file civil actions pro se. The Patrinicola's should also be aware the Western District of Washington has local rules, which guide how cases proceed. Those rules are located at:

https://www.wawd.uscourts.gov/local-rules-and-orders.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 14, 2023.

Marsha J. Pechman
United States Senior District Judge