UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY PATRINICOLA AND BARBARA PATRINICOLA,<br><br>           Plaintiffs,<br><br>    v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>           Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>ORDER DENYING DEFENDANT'S MOTION TO STRIKE AS MOOT |

    This matter is before the Court on Defendant's Motion to Strike Plaintiffs' Complaint or in the Alternative, Dismiss. (Dkt. No. 8.) The Court previously reviewed the Motion and learned the Motion was based on a filing deficiency by Plaintiffs. The Court issued an Order to Show Cause and provided Plaintiffs with an opportunity to fix the deficiency. (Dkt. No. 17.) Given the Court's previous Order, the Court now DENIES Defendant's Motion to Strike or Dismiss as MOOT.

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated April 18, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge