1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

| TONY AND BARBARA PATRINICOLA,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>ORDER ON PLAINTIFFS' MOTION FOR A NEW JUDGE |
| --- | --- |

16

17

18

19

20

21

22

23

24

This matter comes before the Court on Plaintiffs' Motion for a New Judge. (Dkt. No. 26.) Plaintiffs are proceeding pro se. The substance of Plaintiffs' Motion asks for a status report on their case and suggests that if a hearing has yet to be scheduled than Plaintiffs request a new judge. (Motion at 1.) Following this, Plaintiff Tony Patrinicola sent a letter stating he was delayed in receiving a copy of the Court's Order requiring the parties to submit a joint status report (Dkt. No. 24), and therefore did not realize the Court had acted prior to his Motion. (See Letter filed by Tony Patrinicola (Dkt. No. 27.) In a later letter treated as Plainitffs' Reply brief, Mr. Patrinicola clarifies that his initial letter, which was treated as a motion for a new judge, was

1   not in fact a motion and Plaintiffs are not requesting a new judge. For this reason, the Court finds

2   the Motion MOOT.

3          The clerk is ordered to provide copies of this order to all counsel.

4          Dated July 19, 2023.

5

6                                          Marsha J. Pechman
                                           United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24