UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>ORDER STAYING CASE |

This matter is before the Court following the Court's hearing today, August 15, 2023. After speaking with the parties, the Court hereby STAYS the case so that a special master may be appointed to review and analyze the Patrinicola's banking records. A special master will be identified within two weeks of this Order.

Defendant shall provide the Patrinicola's with a complete copy of all banking statements for all the Patrinicola's accounts from the date of opening to present. Defendant shall also provide copies of all correspondence to and from Navy Federal to the Patrinicola's. These records shall be mailed to the Patrinicola's no later than Wednesday, August 23, 2023. Defense

counsel will confirm that its client agrees to the appointment of a special master and paying fifty percent of the costs for the special master no later than end of day Thursday, August, 17, 2023.

Defendant's Motion for Summary Judgment (Dkt. No. 35) will be held in abeyance during the stay and no response or reply is required at this time.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 15, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER STAYING CASE - 2