UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA, <br><br> Plaintiff, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION, <br><br> Defendant. | CASE NO. 3:23-cv-5137 MJP <br><br> ORDER GRANTING DEFENDANT'S MOTION TO STRIKE |

This matter is before the Court on Defendant's Motion to Strike. (Dkt No. 31.) Defendant asks the Court to strike from the record docket entries 16, 29, and 30 wherein Plaintiffs' accuse Navy Federal and its attorneys of attempting to bribe the Court. Having reviewed the Motion, the relevant docket entries, and all other relevant materials, the Court GRANTS Defendant's Motion.

Defendant and its attorneys have made no attempt to bribe this Court. As the Court explained to Plaintiffs at a hearing on August 15, 2023, allegations of bribery are serious and should not be made lightly. Defendant's request is therefore GRANTED.

ORDER GRANTING DEFENDANT'S MOTION TO STRIKE - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated August 15, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge