<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          5137TUNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
 9                                        AT SEATTLE

10      TONY AND BARBARA                        CASE NO. 23-cv-5137 MJP
        PATRINICOLA,
11                                              ORDER APPOINTING SPECIAL
                        Plaintiffs,             MASTER
12
             v.
13
        NAVY FEDERAL CREDIT UNION,
14
                        Defendant.
15
</pre>

This Order follows the Court's prior order staying the case. (Dkt. No. 50.) The Court stayed the case so that a special master could be appointed to review and analyze the Patrinicolas' banking records. The Court hereby appoints Virginia Burdette, who serves as a Chapter 7 Trustee, a Chapter 11 subchapter V Trustee, and as the Chapter 12 Trustee for the Western District of Washington. Ms. Burdette is very experienced with working on financial issues and her role as a subchapter V Trustee is to get debtors and creditors to consensus on plans. The Court is confident in her ability to navigate the records and issues in this matter.

Ms. Burdette will review the documents and will notify the Court once she has finished. At that point the Court will set up a meeting with the parties to discuss her findings. Per the parties' prior agreement, Ms. Burdette's fees will be paid equally between the Patrinicolas and Navy Federal. Defendant is ORDERED to provide the Court with a copy of all the Patrinicolas banking statements and correspondence between Navy Federal and the Patrinicolas that they were ordered to provide to the Patrinicolas in the Court's prior order. This copy should be provided in digital form.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 28, 2023.

Marsha J. Pechman
United States Senior District Judge