UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 23-cv-5137 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court previously issued an Order appointing a special master to this case. (Dkt. No. 58). The parties met with the special master and following this meeting, were asked to provide certain documents. The Court is still waiting for Plaintiffs response to this request. The Court issues this Order to formally request the Patrinicolas provide a copy of the Chase cashier's check for $500,000 dated in 2022 and a copy of their Chase bank statements for the month of September 2022. The Patrinicolas have until November 27, 2023 to provide these documents. If

MINUTE ORDER - 1

the documents are not provided by that time, the Court will ask the special master to issue a report without considering the documents.

The clerk is ordered to provide copies of this order to all counsel and to mail a copy of this order to the Plaintiffs at the address listed in the docket.

Filed November 8, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk