UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>                  Plaintiff,<br><br>    v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                  Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>ORDER DENYING MOTION FOR EXTENSION |

This matter is before the Court on Plaintiffs' Motion to Extend Date for Court Decision. (Dkt. No. 71.) Having reviewed the Motion, the docket, and being otherwise informed of all relevant issues, the Court DENIES the Motion.

This case involves a disagreement between Plaintiffs and their Bank, Navy Federal Credit Union. Plaintiffs believe Navy Federal erred in its handling of Plaintiffs' Certificate of Deposits. The Court referred this case to a Special Master on August 28, 2023. (Dkt. No.58.) The Court appointed Virginia Burdette to serve as that Special Master, and asked her to review Plaintiffs' banking records and determine whether Navy Federal erred or not. (Id.)

The parties met with Burdette in October, during which time Burdette went over the records and explained her findings. Following this meeting, the parties were asked to provide certain documents. Defendant provided the requested information, but Plaintiffs did not. On November 8, 2023, the Court entered a Minute Order formally requesting the outstanding documents from Plaintiffs. (Dkt. No. 69.) The Court gave Plaintiffs until November 27, 2023 to respond. (Id.) On November 21, 2023, Plaintiffs requested an extension in order to organize and prepare to present banking information before the Court. But the Court only asked for certain documents, which Plaintiffs have failed to provide. The Court did not schedule a hearing such that Plaintiffs could present and reargue their case. Nor does the Court feel an additional hearing is necessary. The Court DENIES Plainiffs' request for an extension.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 5, 2023.

Marsha J. Pechman
United States Senior District Judge