UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FREDERAL CREDIT UNION,<br><br>Defendant. | CASE NO. 3:23-cv-5137 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court received two letters from Mr. Patrinicola on December 28, 2023, and January 4, 2024. (Dkt. Nos. 82, 83.) Mr. Patrinicola's letters contest the Court's Order Adopting the Report and Recommendation of the Special Master. (Dkt. No. 80.) The Court notes that if Mr. Patrinicola wishes to appeal the Court's Order and Judgment, he must do so by following the Rules of Appellate Procedure and appeal the case to the Ninth Circuit.

MINUTE ORDER - 1

1 | The Court is attaching the website address to the Ninth Circuit's website designed to
2 | assist individuals proceeding without counsel with their appeals:
3 | https://www.ca9.uscourts.gov/forms/pro-se-litigants/
4 | Mr. Patrinicola should use this cite to assist in any appeal he wishes to make to the Ninth
5 | Circuit. The Court notes that letters to the District Court are not sufficient to appeal the Court's
6 | Order.
7 | The clerk is ordered to provide copies of this order to all counsel, including mailing a
8 | physical copy to Plaintiffs.
9 | Filed January 9, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk