UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY AND BARBARA PATRINICOLA,<br><br>                    Plaintiff,<br><br>    v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                    Defendant. | CASE NO. 3:23-cv-5137<br><br>ORDER DENYING MOTION TO REMAND |

This matter comes before the Court on Plaintiff's Motion to Return Trial to Original Place of Filing in Superior Court. (Dkt. No. 90.) Having reviewed the Motion, the Court DENIES Plaintiff's request.

Plaintiff initially filed this action in the Superior Court of Washington in Pierce County. (Mot. at 3.) Defendant removed the action to this Court. The action has since been closed and the Court entered Judgment against Plaintiffs and dismissed the case with prejudice. Because the case is closed, Plaintiff cannot remand the case back to Superior Court. The Court DENIES the Motion.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated April 2, 2024.

4   Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO REMAND - 2